IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENJAMIN DEWAYNE SCOTT, SR.                             PLAINTIFF

v.                     No. 5:11-cv-241-DPM-JTK

J. BUCHMAN, ROLAND ANDERSON,
and WENDY KELLEY                                                DEFENDANTS

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, *Document No. 44*, and Scott's objections, *Document No. 47*. Having conducted a *de novo* review of the record, the Court adopts Magistrate Judge Kearney's proposal as its own. FED. R. CIV. P. 72(b). Plaintiffs' motion for preliminary injunction, *Document No. 39*, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 February 2012