# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

BENJAMIN DEWAYNE SCOTT, SR.                    **PLAINTIFF**

v.                        No. 5:11-cv-241-DPM-JTK

J. BUCHMAN, ROLAND ANDERSON,
and WENDY KELLEY                    **DEFENDANTS**

## ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, *Document No. 44,* and Scott's objections, *Document No. 47.* Having conducted a *de novo* review of the record, the Court adopts Magistrate Judge Kearney's proposal as its own. FED. R. CIV. P. 72(b).  Plaintiffs' motion for preliminary injunction, *Document No. 39,* is denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 February 2012