## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BENJAMIN DEWAYNE SCOTT, SR.,                                                      PLAINTIFF
ADC #90681

v.                                  5:11-cv-00241-DPM-JTK

J. BUCHMAN, et al.                                                               DEFENDANTS

## **ORDER**

Plaintiff's Motions for Discovery and to Compel Discovery (Doc. Nos. 53, 54) are DENIED without prejudice. Plaintiff failed to comply with FED.R.CIV.P. 37 and Local Rule 7.2, by not certifying that he made a prior good fath attempt to confer with Defendants in order to resolve the discovery issues. In addition, Plaintiff does not identify the specific responses to which he objects, and does not indicate the reasons for the information sought.

IT IS SO ORDERED this 11th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE