IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENJAMIN DEWAYNE SCOTT, SR.,
ADC #90681                                                                                    PLAINTIFF

5:11-cv-00241-KGB-JTK

J. BUCHMAN, et al.                                                                           DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motions for summary judgment (Doc. Nos. 89, 92, 95) are GRANTED.

IT IS FURTHER ORDERED that plaintiff's complaint against defendants Kelley and Anderson is DISMISSED without prejudice.

IT IS FURTHER ORDERED that plaintiff's complaint against defendant Buchman is DISMISSED with prejudice.

IT IS FURTHER ORDERED that defendant Buchman's motion to strike (Doc. No. 88) is DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 10 day of September, 2012.

*Kristine M. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE