IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENJAMIN DEWAYNE SCOTT, SR.,
ADC #90681                                                              PLAINTIFF

5:11-cv-00241-KGB-JTK

J. BUCHMAN, et al.                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, DISMISSED without prejudice as to defendants Kelley and Anderson, and with prejudice as to defendant Buchman. The relief sought is denied.

IT IS SO ADJUDGED this 10 day of September, 2012.

_Kristine G. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE